United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Thelma I Dickerson  
    Debtor

Case No. 21-01890-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Aug 31, 2021     Form ID: 309A     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thelma I Dickerson, 1102 Celeste Drive, Shippensburg, PA 17257-8997 |
| tr | + | Leon P. Haller (Trustee), Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 5432924 | + | ARS Resources, PO Box1056, Blue Bell, PA 19422-0287 |
| 5432928 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5432930 | + | Commercial Acceptance Co, P O Box 3268, Camp Hill, PA 17011-3268 |
| 5432932 | | Department of Labor & Industry, Unemployment Compensation Benefit, 56 East Grant St, Lancaster, PA 17602 |
| 5432934 | + | Holy Spirit EMS, P O Box 983029, Boston, MA 02298-3029 |
| 5432936 | | Ludwick Eye Center, Fifth Avenue, Chambersburg, PA 17201 |
| 5432938 | | Midland Credit, 320 East Beaver Street, Troy, MI 48083 |
| 5432941 | + | Peerless Credit Svcs Inc, P O Box 518, Middletown, PA 17057-0518 |
| 5432942 | + | Rausch Sturm, LLC, 250 North Sunnyslope Road, Brookfield, WI 53005-4824 |
| 5432943 | + | Select Portolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5432945 | + | Shippensburg EMS, C/O ProMed Svc Inc, 4 W Main St, Camp Hill, PA 17011-6326 |
| 5432944 | + | Shippensburg EMS, C/O Commercial Acceptance Co, 2 W Main St, Camp Hill, PA 17011-6326 |
| 5432946 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5432948 | + | Tate & Kirlin Associates, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5432949 | + | The Bureaus, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5432952 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: office@csonkalaw.com | Aug 31 2021 18:40:00 | Michael John Csonka, Csonka Law, 166 South Main Street, Kerrstown Square, Chambersburg, PA 17201 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Aug 31 2021 18:40:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5432926 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5432925 | | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5432927 | + | EDI: CAPITALONE.COM | Aug 31 2021 22:43:00 | Capital One /Wal Mart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5432929 | + | EDI: WFNNB.COM | Aug 31 2021 22:43:00 | Commenity Banks, PO Box 182120, Columbus, OH 43218-2120 |
| 5432933 | + | Email/Text: bknotice@ercbpo.com | Aug 31 2021 18:40:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5432935 | + | EDI: IIC9.COM | Aug 31 2021 22:43:00 | IC System Inc, P O Box 64378, Saint Paul, MN 55164-0378 |
| 5432937 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2021 18:44:00 | LVNV Funding LLC, P O Box 10584, Greenville, SC 29603-0584 |

| 5432939 | + Email/Text: Bankruptcies@nragroup.com | | |
|---|---|---|---|
| | | Aug 31 2021 18:40:00 | National Recovery Agency, P O Box 67015, Harrisburg, PA 17106-7015 |
| 5432940 | + EDI: AGFINANCE.COM | | |
| | | Aug 31 2021 22:43:00 | One Main Financial, P O Box 1010, Evansville, IN 47706-1010 |
| 5432947 | + EDI: RMSC.COM | | |
| | | Aug 31 2021 22:43:00 | SYNCB Wal Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5432950 | + EDI: WFNNB.COM | | |
| | | Aug 31 2021 22:43:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5432951 | + EDI: RMSC.COM | | |
| | | Aug 31 2021 22:43:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5432931 | | Cumberland Goodwill |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Michael John Csonka | on behalf of Debtor 1 Thelma I Dickerson office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

|   | Information to identify the case:              |                                      |
|---|------------------------------------------------|--------------------------------------|
| Debtor 1: | Thelma I Dickerson                      | Social Security number or ITIN: xxx–xx–0937 |
|   | First Name  Middle Name  Last Name             | EIN: _ _ – _ _ _ _ _ _ _              |
| Debtor 2: |                                          | Social Security number or ITIN: _ _ _ _ |
| (Spouse, if filing) | First Name  Middle Name  Last Name  | EIN: _ _ – _ _ _ _ _ _ _              |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 7   8/29/21 |
| Case number: | 1:21–bk–01890–HWV |                       |                                  |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|    |                                   | **About Debtor 1:** | **About Debtor 2:** |
|----|-----------------------------------|---------------------|---------------------|
| 1. | **Debtor's full name**            | Thelma I Dickerson  |                     |
| 2. | **All other names used in the last 8 years** |          |                     |
| 3. | **Address**                       | 1102 Celeste Drive<br>Shippensburg, PA 17257 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael John Csonka<br>Csonka Law<br>166 South Main Street<br>Kerrstown Square<br>Chambersburg, PA 17201 | Contact phone 717–977–3171<br><br>Email: office@csonkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br><br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>pacer.uscourts.gov</u>. | Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: 8/31/21 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2021 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> ***Valid photo identification and proof of social security number are required*** | Location: <br><br> **341 meeting will be held telephonically, Refer to the call–in instructions** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/26/21** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>pacer.uscourts.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 1:21-bk-01890-HWV    Doc 7    Filed 09/02/21    Entered 09/03/21 00:27:43    Desc
Imaged Certificate of Notice    Page 4 of 4