In re:                                                                 Case No. 21-01890-HWV

Thelma I Dickerson                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                              Page 1 of 2

Date Rcvd: Oct 14, 2021                         Form ID: pdf010                        Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thelma I Dickerson, 1102 Celeste Drive, Shippensburg, PA 17257-8997 |
| 5432924 | + | ARS Resources, PO Box1056, Blue Bell, PA 19422-0287 |
| 5432928 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5432930 | + | Commercial Acceptance Co, P O Box 3268, Camp Hill, PA 17011-3268 |
| 5432932 | | Department of Labor & Industry, Unemployment Compensation Benefit, 56 East Grant St, Lancaster, PA 17602 |
| 5432934 | + | Holy Spirit EMS, P O Box 983029, Boston, MA 02298-3029 |
| 5432935 | + | IC System Inc, P O Box 64378, Saint Paul, MN 55164-0378 |
| 5432936 | | Ludwick Eye Center, Fifth Avenue, Chambersburg, PA 17201 |
| 5432938 | | Midland Credit, 320 East Beaver Street, Troy, MI 48083 |
| 5432941 | + | Peerless Credit Svcs Inc, P O Box 518, Middletown, PA 17057-0518 |
| 5432942 | + | Rausch Sturm, LLC, 250 North Sunnyslope Road, Brookfield, WI 53005-4824 |
| 5432943 | + | Select Portolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5432944 | + | Shippensburg EMS, C/O Commercial Acceptance Co, 2 W Main St, Camp Hill, PA 17011-6326 |
| 5432945 | + | Shippensburg EMS, C/O ProMed Svc Inc, 4 W Main St, Camp Hill, PA 17011-6326 |
| 5432946 | + | Summit Physicians Svcs, 785 Fifth Ave, Ste 3, Chambersburg, PA 17201-4232 |
| 5432948 | + | Tate & Kirlin Associates, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5432949 | + | The Bureaus, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5432952 | + | Well Span Health, 760 E Washington Street, Chambersburg, PA 17201-2751 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5432926 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 14 2021 18:42:42 | Capital One, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 5432925 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 14 2021 18:42:42 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5432927 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 14 2021 18:42:29 | Capital One /Wal Mart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5432929 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 14 2021 18:34:00 | Commenity Banks, PO Box 182120, Columbus, OH 43218-2120 |
| 5432933 | + | Email/Text: bknotice@ercbpo.com | Oct 14 2021 18:34:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5432937 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2021 18:42:19 | LVNV Funding LLC, P O Box 10584, Greenville, SC 29603-0584 |
| 5432939 | + | Email/Text: Bankruptcies@nragroup.com | Oct 14 2021 18:34:00 | National Recovery Agency, P O Box 67015, Harrisburg, PA 17106-7015 |
| 5432940 | + | Email/PDF: cbp@onemainfinancial.com | Oct 14 2021 18:42:19 | One Main Financial, P O Box 1010, Evansville, IN 47706-1010 |
| 5432947 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2021 18:42:16 | SYNCB Wal Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5432950 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| | | Oct 14 2021 18:34:00 | Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5432951 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 14 2021 18:42:29 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5432931 | | Cumberland Goodwill |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021             Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Michael John Csonka | on behalf of Debtor 1 Thelma I Dickerson office@csonkalaw.com  kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-6 Home Equity Pass Through Certificates, Series 2006-6 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Thelma I Dickerson**

**Debtor 1** | **Chapter:** 7
| **Case No.:** 1:21-bk-01890-HWV

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B122A-1 Chapter 7 Statement of Your Current Monthly Income

B 122A-1 Supp - Chapter 7 Statement of Exemption from Presumption of Abuse under §707(b)(2)

B 122A-2 Chapter 7 Means Test Calculation

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY ORDERED** that the case of the above named Debtor is hereby dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: October 14, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (MS)